**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| EDWARD J. TIMCHO, JR., | : | No. 435 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CITY OF PHILADELPHIA), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.